UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7262

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

THEODORE ANTHONY MAXWELL, a/k/a Spencer Maxwell, a/k/a Tony
Johnson, a/k/a Maxwell Spencer, a/k/a Ferdinand Clarkson,
a/k/a Hitler, a/k/a Little Hitler,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:92-cr-00133-RBS-FBS-6)

Submitted:  September 29, 2008      Decided:  October 9, 2008

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Theodore Anthony Maxwell, Appellant Pro Se.  Laura Marie Everhart,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Anthony Maxwell appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Maxwell</u>, No. 2:92-cr-00133-RBS-FBS-6 (E.D. Va. July 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>